# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

ANA BUENO; NIURKA FIGUREDO, and
all others similarly situated,

    Plaintiffs,　　　　　　　　　　**CASE NO. 23-CV-24484**

v.

MODERN CONCEPTS CONSTRUCTION, LLC and GOODLEAP, LLC,

    Defendants.
_____/

## JOINT STATUS REPORT ON ARBITRATION PROCEEDINGS

Plaintiffs ANA BUENO and NIURKA FIGUREDO (collectively, "Plaintiffs") and Defendants GOODLEAP, LLC ("Goodleap") and MODERN CONCEPTS CONSTRUCTION, LLC ("MCC") (collectively, "Defendants"), pursuant to the Order Granting Motion to Stay Proceedings and Compel Arbitration [DE 14], jointly file this status report as to the status of the arbitration proceedings.

- On February 13, 2024, Defendant Modern Concepts Construction, LCC, filed its Notice of No-Objection to Defendant's Goodleap, LLC's Motion to Stay Proceedings and Compel Arbitration. *See* ECF. No. 16.

- As of February 14, 2024, the Parties have been corresponding regarding using particular arbitrators and initiating JAMS proceedings.

- On February 29, 2024, the Plaintiffs initiated arbitration proceedings with JAMS and submitted their Demand (Matter No. 5460000928).

- On March 7, 2024 Plaintiffs served demand on Defendants.

- On March 20, 2024 JAMS delivered to all the parties a Notice of Intent to Initiate Arbitration.

- On March 27, 2024 Defendant MCC filed its Answer and Affirmative Defenses.

- On March 28, 2024 Defendant Goodleap filed its Answer and Affiramtive Defenses.

- On April 2, 2024 JAMS sent to all parties a Commencement of Consumer Arbitration with a list of arbitrator candidates to choose from.

- By April 9, 2024 all the parties to this action agreed on Hon. John W. Thornton, Jr., (Ret.) as the arbitrator to the JAMS proceedings.

- On April 15, 2024 the Hon. John W. Thornton, Jr., (Ret.) was appointed as Arbitrator.

Dated this 7th day of May 2024.

Respectfully submitted,

| **NELSON MULLINS RILEY & SCARBOROUGH, LLP**<br>*Counsel for GoodLeap, LLC*<br>100 S.E. 3rd Ave., Suite 2700<br>Fort Lauderdale, Florida 33394<br>P: 954-754-5284 \| F: 954-764-8135<br><br>By:   */s/ Sophie M. Labarge*<br>**Terrance W. Anderson, Jr., Esq.**<br>Florida Bar No. 27426<br>tw.anderson@nelsonmullins.com<br>jenny.sica@nelsonmullins.com<br>**Sophie M. Labarge, Esq.**<br>Florida Bar No. 1025145<br>Sophie.Labarge@nelsonmullins.com<br>Jenny.Sica@nelsonmullins.com | **QUINTAIROS, PRIETO, WOOD & BOYER.**<br>9300 S. Dadeland Blvd., 4th Floor<br>Miami, FL 33156<br>Tel: (305) 670-1101 Fax: (305) 670-1161<br><br>By:   */s/ Andres F. Vidales*<br>**Reginald Clyne, Esq.**<br>Florida Bar No.: 654302<br>**Andres F. Vidales, Esq.**<br>Florida Bar No.: 1041185<br>rclyne.pleadings@qpwblaw.com<br>cecilia.quevedo@qpwblaw.com<br>andres.vidales@qpwblaw.com<br>sofia.arcila@qpwblaw.com |
|---|---|

*CASE NO. 23-CV-24484*

| | |
|---|---|
| **BRICK BUSINESS LAW, P.A.**<br>*Counsel for Modern Concepts Construction, LLC*<br>3413 W. Fletcher Ave.<br>Tampa, FL 33618<br>P:  813-816-1816 | F:  813-692-1982<br><br>By:     */s/ Joseph Kennett*<br>**Joseph Kennett, Esq.**<br>Florida Bar No.: 89102<br>joe.kennett@brickbusinesslaw.com | |

## CERTIFICATE OF SERVICE

I CERTIFY THAT on May 7, 2024, a true and correct copy of the foregoing was served on all parties listed in the attached service list.

By:    /s/ *Andres F. Vidales*

## SERVICE LIST

**BRICK BUSINESS LAW, P.A.**
Joseph Kennet, Esq.
Joe.kennett@brickbuisnesslaw.com

**Nelson, Mullins, Riley & Scarborough, LLP**
Sophie M. Labarge, Esq.
T.W. Anderson
sophie.labarge@nelsonmullins.com
tw.anderson@nelsonmullins.com